IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

CRIMINAL FILE NO.

1:15-CR-414-TWT

TAUYA MUTEKE,

Defendant.

**ORDER**

This is a criminal action.  It is before the Court on the Report and Recommendation [Doc. 50] of the Magistrate Judge recommending denying the Defendant's Motion to Dismiss Counts 2 & 3[Doc. 33]. For the reasons set forth in the thorough and well-reasoned Report and Recommendation, there has been no infraction of United States v. Italiano, 894 F.2d 1280, 1282 (11th Cir. 1990). Therefore, the superceding indictment should not be dismissed.  The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss Counts 2 & 3 [Doc. 33] is DENIED.

SO ORDERED, this 9 day of August, 2016.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge